## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

MIGUEL MENDOZA-CARDENAS,

                    Defendant.

CASE NO. 12CR1137-JLS

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_X\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_X\_    of the offense(s) as charged in the Information:

21USC952 AND 960 - IMPORTATION OF MARIJUANA

_____

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 2, 2012



_____
William V. Gallo
U.S. Magistrate Judge

FILED

MAY 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY